**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRAD SNYDER,

     *Plaintiff*,

     v.

U.S. DEPARTMENT OF STATE,

     *Defendant*.

Civ. A. No. 19-3045 (RCL)

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, U.S. Department of State ("Defendant"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint filed on October 11, 2019 and states as follows:

**DEFENSES**

1.     As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief can be granted.

2.     The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3.     Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions to the FOIA.

**DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS**

Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer.  Defendant admits, denies, or otherwise answers the unnumbered and numbered paragraphs in the Complaint as follows:

1.  The first paragraph contains Plaintiff's characterization of this FOIA action, to which no response is required.

## JURISDICTION

2.  This paragraph consists of conclusions of law regarding jurisdiction to which no response is required.

## PARTIES

3.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4.  Defendant admits the Department of State is a federal agency.  The remainder of this paragraph consists of legal conclusions to which no response is required.

## FACTS

5.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

7.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8.  This paragraph states conclusions of law to which no response is required.  To the extent a response is deemed necessary, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations because State has not completed its search and does not yet know the extent of responsive records, if any.

9.  Defendant admits that Plaintiff submitted a FOIA request to the Department of State dated June 1, 2018.  The remainder of Paragraph 9 characterizes the request, which speaks

for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to Plaintiff's FOIA request in Exhibit A to the Answer ("Exhibit A") for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

10.     Admit.

11.     Defendant admits that, as of the date of the Complaint, a final determination had not yet been made as to Plaintiff's FOIA request.  The remainder of Paragraph 11 consists of Plaintiff's characterization of this action and legal conclusions to which no response is required.

## CLAIM FOR RELIEF

12.     This paragraph states conclusions of law to which no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

13.     This paragraph states conclusions of law to which no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

14.     This paragraph states conclusions of law to which no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

15.     This paragraph states conclusions of law to which no response is required.  To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

The remainder of the Complaint consists of Plaintiff's requests for relief, to which no response is required.  To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested.

November 15, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:    _/s/ Daniel P. Schaefer_____
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*

4