**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRAD SNYDER<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)   Civil Case No. 1:19-cv-3045-RCL<br>)<br>)<br>)<br>)<br>) |

## ORDER

Local Rule 16.3(b)(10) exempts parties to a FOIA action from typical scheduling order requirements. Instead, the government has the burden to produce a *Vaughn* index with a supporting dispositive motion. The Court therefore **ORDERS** the government to file the index and supporting motion within thirty days.

Date: November 18, 2019

_____
Royce C. Lamberth
United States District Judge