## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

BRAD SNYDER,

    *Plaintiff*,

      v.

U.S. DEPARTMENT OF STATE

    *Defendant*.

Civ. A. No. 19-3045 (RCL)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brad Snyder and

Defendant United States Department of State hereby stipulate to the dismissal of this action, with

each side bearing its own fees and costs.  Defendant has responded to Plaintiff's request under

the Freedom of Information Act, 5 U.S.C. § 552, and there are no issues remaining in dispute.

Dated:  April 3, 2020

/s/ Rachel L. Fried
Rachel L. Fried (DC Bar No. 1029538)
David C. Vladeck (DC Bar No. 945063)
Georgetown University Law Center
Civil Litigation Clinic
600 New Jersey Ave NW
Washington, D.C. 20001
Phone: (202) 662-9251
Fax: (202) 662-9634
Rachel.Fried@georgetown.edu

*Attorneys for Plaintiff*

Respectfully submitted,

TIMOTHY J. SHEA
DC Bar 437437
United States Attorney

DANIEL F. VAN HORN
DC Bar 924092
Chief, Civil Division

/s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
DC Bar 996871
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Attorneys for Defendant*